UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TINGLEY, | 3:14-CV-0406-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 29, 2015 |
| NDOC, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ___LISA MANN___   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 20, 2015, this court issued a report and recommendation to the District Court to dismiss plaintiff's complaint without prejudice and without leave to amend (#8). The report and recommendation is under submission with the District Court. Therefore, plaintiff's motion for joinder (#11) requesting that this case be joined with another of plaintiff's pending cases is **DENIED** without prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk